UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

The Honorable Julie S. Sneed
Courtroom 11A

United States v. Alexander Lightner
8:24-mj-1028-AAS

| **Date**: January 8, 2024 | **Court Reporter**: Digital |
|---|---|
|  | **Interpreter**: N/A |
| **Time**: 2:10 PM–2:26 PM | Total: 16 minutes | **Deputy Clerk**: Sarah Toombs |
| **Government Counsel** | **Defense Counsel** |
| Lindsey Schmidt, AUSA | Nicole Hardin, AFPD |

### Initial Appearance / Detention Hearing

Defendant present and provided a copy of the Complaint.

Arrest Date: 1/8/2024

Oral motion for appointment of counsel by Defendant. Financial affidavit submitted for approval. Court finds that Defendant qualifies for appointment of counsel. AFPD appointed for all further proceedings.

Court summarizes the charges and advises Defendant of Rule 5 rights.

Preliminary hearing continued. Preliminary hearing will be scheduled for January 16, 2024 time TBD.

Government seeks detention. Court grants Government's motion.

Defendant moves for pretrial release.

Court orders defendant detained to the USM pending further order of the court.

Due Process oral order given.