AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Alexander Lightner<br><br>*Defendant* | Case No. 8:24-MJ-1028AAS<br><br>JAN 10 2024 PM 1:05<br>FILED - USDC - FLMD - TPA |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Alexander Lightner,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Transmitting a threat to injure in interstate or foreign commerce, in violation of 18 U.S.C. § 875(c)
Possession of an unregistered firearm (silencer), 26 U.S.C. § 5861(d)

Date: January 5, 2024

*Issuing officer's signature*

City and state: Tampa, Florida

Amanda A. Sansone, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/8/24, and the person was arrested on *(date)* 1/8/24
at *(city and state)* Tampa, FL.

Date: 1/8/24

*Arresting officer's signature*

Ric Volp, SA
*Printed name and title*